**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
by _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD MADRIGAL,               ) | |
|     Petitioner,                        ) | |
|                                                 ) | |
| v.                                              ) | 3:04-CV-2535-B |
|                                                 ) | ECF |
| DOUGLAS DRETKE, Director, Texas Dep't ) of Criminal Justice, Correctional Institutions ) Division,                                  ) | |
|     Respondent.                     ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22 day of May, 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE